**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CONNIE FARMER and HAROLD FARMER**                          **PLAINTIFF(S)**

**VS**                                                          **CIVIL ACTION NO.   3:06CV-152-S**

**MEDTRONIC, INC.**                                              **DEFENDANT(S)**

**ORDER**

       **Counsel having agreed in Paragraph 5 of a pleading entitled "Report of Parties' Planning Meeting" (DN #13) that this matter should be transferred to the docket of the Magistrate Judge, IT IS HEREBY ORDERED** that this case be referred to the **Honorable James D. Moyer, United States Magistrate Judge**, for all further proceedings and the entry of a judgment in accordance with 28 U.S.C. §636(c), Fed.R.Civ.P. 73, and the consent of the parties.

       Dated this:

Copies to counsel