UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CONNIE FARMER and )
HAROLD FARMER, her husband, )
)
Plaintiffs, )
)
vs. ) Civil Action No. 3:06-CV-152-CRS-JDM
)
MEDTRONIC, INC., )
)
Defendant. )

## STIPULATION OF DISMISSAL

\* \* \* \* \*

The parties, by respective counsel, pursuant to Rule 41(a)(1), stipulate that this action shall be dismissed with prejudice, each party to bear its own costs.

_____
Joseph H. Mattingly, III
**JOSEPH H. MATTINGLY, III, P.S.C.**
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692-1718
*Counsel for Plaintiffs*

_____
Connie Farmer, Plaintiff

_____
Harold Farmer, Plaintiff

_____
W. Kennedy Simpson
**THOMPSON, MILLER & SIMPSON, PLC**
600 West Main Street
Suite 500
Louisville, Kentucky 40202
(502) 585-9900

Lori G. Cohen
Jay B. Bryan
**GREENBERG TRAURIG, LLP**
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100
*Counsel for Defendant*

ATL 16,860,616v1